M.D. Appeal Dkt.
5 MAP 2021

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DALE E. ALBERT INDIVIDUALLY AND AS THE ADMINISTRATOR OF THE ESTATE OF CODY M. ALBERT, DECEASED, | : | No. 416 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| Petitioner | : | from the Order of the Superior Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SHEELEY'S DRUG STORE, INC. AND ZACHARY ROSS, | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of January, 2021, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner are:

(1) Did the Superior Court err in finding that Plaintiff's claim was barred under the *in pari delicto* doctrine, where there is no evidence in the record that the decedent participated in the scheme to procure the prescription drugs illegally?

(2) Did the Superior Court improperly expand the doctrine of *in pari delicto* to preclude Plaintiff's recovery simply because Decedent was in possession of a controlled substance that was not his?